UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-mj-1022-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **C R I M I N A L** |
| | ) | **I N F O R M A T I O N** |
| GABRIELA GUZMAN-MIGUEL | ) | |
| | ) | |

The United States Attorney charges that:

## COUNT ONE

On or about March 15, 2016, in the Eastern District of North Carolina, the defendant, GABRIELA GUZMAN-MIGUEL, an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611(a).


[remainder of page intentionally left blank]


1

## COUNT TWO

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, GABRIELA GUZMAN-MIGUEL, an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

ROBERT J. HIGDON, JR.
United States Attorney


BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney


January 11, 2021
DATE

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## AFFIDAVIT

## BACKGROUND

1.  I, Jahaira Torrens (hereinafter "your affiant"), am a Special Agent (S/A) of the Department of Homeland Security (DHS), under Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), formerly known as the Immigration and Naturalization Service (INS). Before my appointment as an ICE-HSI S/A, I was a Detective with the Puerto Rico Police Department for approximately fifteen years. As part of my duties I conducted investigations related to controlled substances trafficking, identity theft, public corruption, violent crimes, and other violations. I have been a S/A with the federal government for approximately eleven years. I am currently assigned to the ICE-HSI Resident Agent in Charge, Raleigh, North Carolina Field Office (ICE-HSI RAC/RA). I have training and experience in the application for and service of arrest and search warrants. My duties routinely include the investigation of violations of Titles 8, 18, 19, 21, and 31 of the United States Code.

2.  This affidavit is made in support of a criminal information against Gabriela Guzman-Miguel (hereinafter "GUZMAN") for voting by alien, in violation of Title 18, United States Code, Section 611(a).

3.  This affidavit is submitted for the limited purpose of establishing probable cause that GUZMAN committed the offense of voting by alien, in violation of Title 18, United States Code, Section 611(a). For this reason, your affiant has not

1

included details of every aspect of this investigation, rather only such information as necessary. Your affiant is thoroughly familiar with the information contained in this affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information which they in turn have reported to your affiant.

## PROBABLE CAUSE

4. Government databases reflect the following information relative to GUZMAN:

    a.    GUZMAN is an alien born in Guerrero, Mexico.

    b.    On or about August 1, 2001, GUZMAN entered the United States, illegally without inspection.

    c.    On or about February 4, 2013, GUZMAN applied for Consideration of Deferred Action for Childhood Arrivals (DACA) and was approved on July 8, 2013. Although GUZMAN was granted deferred action status she is illegally and unlawfully present in the United States.

    d.    Since February 4, 2013, GUZMAN has neither applied for United States citizenship, been naturalized as a United States citizen, nor has met the criteria for derivation of United States citizenship.

    e.    On March 7, 2016, GUZMAN completed a North Carolina voter registration application. In the application, in response to the

2

question "Are you a citizen of the United States of America?" GUZMAN stated "No." However, GUZMAN submitted the form notwithstanding the following language below the question: "IF YOU CHECKED 'NO' IN RESPONSE TO THIS QUESTION, DO NOT SUBMIT THIS FORM."

f. GUZMAN was assigned a polling place located in Wake County, North Carolina.

g. GUZMAN voted in a Primary Election of 2016 in Wake County, North Carolina.

h. GUZMAN voted in the General Election of 2016 in Wake County, North Carolina.

## CONCLUSION

5. Based on the foregoing, I, Jahaira Torrens, believe that there is ample probable cause to conclude that Gabriela Guzman-Miguel was not a citizen of the United States at the time she voted and is thus guilty of voting by alien, in violation of Title 18, United States Code, Section 611(a).

[remainder of page intentionally left blank]

3

Your affiant respectfully asks that the Court issue a warrant ordering her arrest for such crime.

Jahaira Torrens
Special Agent
Homeland Security Investigations

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: January 12, 2021

Robert T. Numbers, II
United States Magistrate Judge

4